UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENA, | Case No.: 1:13-cv-00650 AWI JLT |
| Plaintiff, | ORDER EXTENDING STAY TO DECEMBER 20, 2013 |
| v. | |
| KERN HIGH SCHOOL DISTRICT, et al., | (Doc. 13) |
| Defendants. | |

Based upon the information contained in the status report (Doc. 13), the Court **ORDERS**:

1. The motion to stay (Doc. 8) is **EXTENDED** through December 20, 2013;

2. Plaintiff **SHALL**:

 a. File a status report **no later than December 18, 2013** detailing status of the state court action.

3. The scheduling conference currently set on **December 12, 2013, is VACATED.**

IT IS SO ORDERED.

Dated:  **November 12, 2013**          **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE

1