# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENA, | Case No.: 1:13-cv-00650 AWI JLT |
| Plaintiff, | ORDER EXTENDING STAY TO JANUARY 31, 2014 |
| v. | |
| KERN HIGH SCHOOL DISTRICT, et al., | (Doc. 15) |
| Defendants. | |

Based upon the information contained in the status report (Doc. 15), the Court **ORDERS**:

1. The motion to stay (Doc. 8) is **EXTENDED** through January 31, 2014;
2. N**o later than January 29, 2014,** Plaintiff **SHALL either**:
   a. File a status report detailing status of the state court action, or;
   b. File a request for dismissal.

IT IS SO ORDERED.

Dated:   **December 20, 2013**          /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE

1